**SEALED**

**FILED**
May 4, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____WG_____
        Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>CECILIO VAZQUEZ JR<br><br>Defendant | Cause No: SA:22-CR-00207-OLG(<br><br>**INDICTMENT**<br><br>COUNT 1:  18 U.S.C. § 2252A(a)(2)<br>Receipt of Child Pornography<br><br>COUNT 2: 18 U.S.C. 2252A(a)(2)<br>Distribution of Child Pornography<br><br>COUNTS 3-4: 18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 2252A(a)(2)]

On or about November 10, 2021, within the Western District of Texas, the Defendant,

**CECILIO VAZQUEZ, JR,**

did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256(8)(A) using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT TWO**
[18 U.S.C. § 2252A(a)(2)]

On or about November 22, 2021, within the Western District of Texas, the Defendant,

**CECILIO VAZQUEZ, JR,**

did knowingly distribute child pornography as defined in Title 18, United States Code, Section 2256(8)(A) using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT THREE
[18 U.S.C. § 2252A(a)(5)(B)]

On or about January 11, 2022, within the Western District of Texas, the Defendant,

**CECILIO VAZQUEZ, JR,**

did knowingly possess material, specifically a TCL Revvl 4+ cellular phone, model 5062Z, which contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### COUNT FOUR
[18 U.S.C. § 2252A(a)(5)(B)]

On or about January 11, 2022, within the Western District of Texas, the Defendant,

**CECILIO VAZQUEZ, JR,**

did knowingly possess material, specifically a LG Aristo, model MS210 cellular phone, which contains child pornography, as defined in Title 18, United States Code, Section 2256(8)(A),

2

involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Sexual Exploitation of Children Violations and Forfeiture Statutes

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant, **CECILIO VAZQUEZ, JR**, of its intent to seek the forfeiture of certain property subject to forfeiture, including but not limited to the digital and electronic devices seized by law enforcement during the investigation of this case and any and all online accounts used to facilitate the offenses, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(1), (2), and (3), which states:

> **Title 18 U.S.C. § 2253. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
>
>> **(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
>> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>> **(3)** any property, real or personal, used or intended to be used to

commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR TRACY THOMPSON
Assistant United States Attorney

4